UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Beth Baras

    Plaintiff

    v.                                            Civil Action No. 2:21-cv-98

The Woodstock Farmers' Market, Inc.

    Defendant

## **ORDER**

On or before May 10, 2021, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 29th day of April 2021.

                                                      /s/ Kevin J. Doyle
                                                      United States Magistrate Judge